**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiffs
DENISE SMITH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SMITH , <br><br> Plaintiffs, <br><br> vs. <br><br><br> PENN CREDIT CORPORATION <br><br> Defendant(s). | Case No.: 2:16-cv-04158-JAK-RAO <br><br> **NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLEMENT

NOW COMES Plaintiff, DENISE SMITH, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously

- 1 -

NOTICE OF SETTLEMENT

as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Dated: September 12, 2016 | **MARTIN & BONTRAGER, APC** |
|  | By: /s/ G. Thomas Martin, III |
|  | G. Thomas Martin, III |
|  | *Attorney for Plaintiff* |